**Gerald Dewayne HOWARD,**
**Plaintiff–Appellant,**

v.

**Gary L. JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, NFN Goings, Assistant Warden at the Sanchez Unit; NFN Benavente, Officer, TDCJ Sanchez Unit; NFN Oaxaca, Officer, TDCJ Sanchez Unit; NFN Howerton, Officer, TDCJ Sanchez Unit; NFN Serna, Sergeant, TDCJ Sanchez Unit; NFN Chavez, Officer, TDCJ Sanchez Unit, Defendants–Appellees.**

---

No. 03–50492.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Gerald Dewayne Howard, pro se, Huntsville, TX, for Plaintiff–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Gerald Dewayne Howard, Texas prisoner # 1034561, has filed a motion for leave to proceed *in forma pauperis* (IFP) on appeal following the district court's dismissal of his 42 U.S.C. § 1983 action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 42 U.S.C. § 1997e(c)(2). By moving for IFP status, Howard is challenging the district court's certification that IFP status should not be granted on appeal because his appeal is not taken in good faith. *See Baugh v. Taylor,* 117 F.3d 197, 202 (5th Cir.1997).

Howard has not shown that he will raise a nonfrivolous issue on appeal. *Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983); *Days v. Johnson,* 322 F.3d 863, 866 (5th Cir.2003). Because Howard has not shown that the district court erred in certifying that his appeal is not taken in good faith, his request for IFP status is DENIED, and his appeal is DISMISSED as frivolous. *See Baugh,* 117 F.3d at 202 & n. 24; 5TH CIR. R. 42.2.

Howard is cautioned that the district court's dismissal of this action, and this

court's dismissal of this appeal, both count as "strikes" pursuant to 28 U.S.C. § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383, 388 (5th Cir.1996). Howard is advised that if he accumulates three strikes, he will be barred from bringing a civil action or an appeal proceeding IFP unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.